UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIGUEL PAGAN, on behalf of himself and all others similarly situated,<br><br>    *Plaintiffs*,<br>v.<br><br>KOHL'S DEPARTMENT STORES, INC.,<br><br>    *Defendant*. | CIVIL ACTION NO. 1:13-cv-10642 (WGY)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Miguel Pagan and defendant Kohl's Department Stores, Inc. that the above-referenced action is hereby dismissed with prejudice and without costs to any party.

Dated: October 29, 2013

LEMBERG & ASSOCIATES

By: _____
Sergei Lemberg
1100 Summer Street
Stamford, CT 06905
(203) 653-2250 x 5500
*Attorneys for Plaintiff*
*Miguel Pagan*

KELLEY DRYE & WARREN LLP

By: _____
Lauri A. Mazzuchetti
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendant Kohl's*
*Department Stores Inc.*

## **Certificate of Service**

  I hereby certify that on October 31, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court District of Massachusetts Document Filing System (ECF) and that the document is available on the ECF system.

              By /s/ Sergei Lemberg

                Sergei Lemberg